BEFORE THE FIRST DIVISION, JANUARY 29, 1951

**No. 55170.**—Eitinger Bead Co., Inc. *v.* United States, protests 166714–K and 166717–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of certain gold- and silver-colored beads similar in all mate-

rial respects to those the subject of Abstract 54251, the claim of the plaintiff was sustained.